IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

**v.**                                                  **Case No. 1:25-cv-160-AW-ZCB**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 13, 2025 report and recommendation. ECF No. 3. I have also considered de novo Petitioner's objections. ECF No. 4. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is denied without prejudice as duplicative and based on *Younger* abstention." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on July 10, 2025.

                                                      s/ *Allen Winsor*
                                                      Chief United States District Judge